IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| AMY CORNELL | : | NO. 24-2954 |

**ORDER**

AND NOW this <u>   15th   </u> day of <u>July</u>, <u>2024</u>, it is hereby **ORDERED** that counsel contemplating filing a motion under <u>Fed. R. Civ. P. 12(b)(6)</u>, <u>(e)</u>, or (f), shall first contact opposing counsel to discuss the substance of the contemplated motion and to provide an opportunity to cure any alleged pleading deficiencies or strike certain matter. This conference shall take place at least **seven (7)** days before the filing of the motion.

The parties shall conduct <u>substantive verbal communications</u>. Exchanges of letters or e-mails are insufficient. A report that opposing counsel was not available or that the parties made reasonable efforts is likewise insufficient. If the parties cannot reach a resolution that eliminates the need for any of the above-mentioned motions, counsel for the moving party shall include, along with the motion, a certification that the parties met and conferred regarding the alleged pleading deficiencies or matter sought to be stricken.

**The Court will deny any 12(b)(6), (e) or (f) motion that fails to conform with these requirements.**

All Counsel must review Judge Perez's most recent Guidelines which are published on the Eastern District of Pennsylvania's website.

BY THE COURT:

_____
**HON. MIA R. PEREZ**