IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 24-2954 |
| AMY CORNELL ) | |
| Defendant ) | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT:**

Kindly enter the appearance of Paul M. Midzak, Esquire, PA Identification No. 310447, on behalf of Defendant, Amy Cornell. with regard to the above-captioned matter.

Respectfully submitted,

*/s/ Paul M. Midzak*

Paul M. Midzak (PA ID No. 310447)
HARBORSTONE LAW LLP
40 W. Evergreen Ave., Suite 101
Philadelphia, PA 19118
Phone: (267) 713-9212
Email: pmm@harborstonelaw.com

Dated: August 28, 2024                *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day caused to be served a true and correct copy of the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will serve all counsel of record in this case.

                                                    Respectfully submitted,

                                                    */s/ Paul M. Midzak*

Paul M. Midzak (PA ID No. 310447)
HARBORSTONE LAW LLP
40 W. Evergreen Ave., Suite 101
Philadelphia, PA 19118
Phone: (267) 713-9212
Email: pmm@harborstonelaw.com

Dated: August 28, 2024                       *Attorney for Defendant*