IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 24-2954 |
| AMY CORNELL | ) |
| Defendant. | ) |

### ORDER

This Court, having reviewed all of the information contained in the within and foregoing Unopposed Motion for Extension of Time for Defendant to Respond to the Complaint, hereby **GRANTS** said Consent Motion and **ORDERS** that the time for Defendant Amy Cornell to respond to the Complaint is hereby extended to the period through and including October 31, 2024.

This <u>4th</u> day of September, 2024.

BY THE COURT:

_____
HON. MIA R. PEREZ